# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TAMALA MCCREA,

     *Plaintiff*,

  v.

ANDREW SAUL,

     *Defendant*.

Civil Action No. 17-2207 (TJK/DAR)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that:

1. The Report and Recommendation, ECF No. 28, is **ADOPTED IN PART**;

2. McCrea's objection to the R&R, ECF No. 29, is **OVERRULED**;

3. The Commissioner's Motion for Judgment of Affirmance, ECF No. 16, is

   **GRANTED**; and

4. McCrea's Motion for Judgment of Reversal, ECF No. 15, is **DENIED**.

This is a final, appealable Order. The Clerk of Court is directed to close the case.

    **SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: June 19, 2020